CADILLAC MUTUAL INSURANCE COMPANY *v.* OWENS

Appeal from Common Pleas Court of Detroit, Henry J. Szymanski, J.   Submitted Division 1 November 13, 1968, at Detroit.   (Docket No. 4,404.) Decided February 27, 1969.

Declaration by Cadillac Mutual Insurance Company, a foreign corporation, as subrogee of Cecil P. Dunn, and Cecil P. Dunn against Florence V. Owens, who cross-complains against plaintiffs, for automobile negligence.   Judgment for defendant on plaintiff's declaration and judgment of damages for defendant on the cross-declaration.   Plaintiffs appeal.   Affirmed.

*Sugar, Schwartz & Silver* (*Stephen N. Ross,* of counsel), for plaintiffs.

*Prosser, Cowell, Renner & Molineaux,* for defendant.

BEFORE: LESINSKI, C. J., and J. H. GILLIS and BEER,* JJ.

PER CURIAM.   In a nonjury trial, at the conclusion of proofs, the trial court entered a judgment of no cause of action on plaintiffs' declaration and a judgment in favor of defendant Owens on her cross-

---

* Circuit Judge, sitting on the Court of Appeals by assignment.

declaration for damages in an automobile negligence action.

On appeal, plaintiffs challenge the trial court's finding that plaintiff Dunn's wife was negligent and that defendant Florence Owens was not.

A review of the record discloses evidentiary support for the trial court's findings. The appellants have failed to demonstrate to this Court that the action of the trial court in denying judgment for plaintiffs and entering a judgment in favor of defendant was clearly erroneous.

Affirmed. Costs to appellee.